**No. 46589.**—Protests 986391–G, etc., of International Clearing House of N. Y. et al. (New York).

Opinion by Cline, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States*, (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46590.**—Protests 882431–G, etc., of Maray Corp. (New York).

Opinion by Cline, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46591.**—Protests 70119–K, etc., of Wm. Liddell & Co., Inc., et al. (New York).

Opinion by Cline, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46592.**—Protests 61342–K, etc., of Butler Bros. et al. (Boston).

Opinion by Cline, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46593.**—Protest 45108–K of Alex Lee Wallau (New York).

Opinion by Cline, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46594.**—Protests 981008–G, etc., of F. W. Woolworth Co. et al. (Seattle, etc.).

Opinion by Cline, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46595.**—Protests 879430–G, etc., of Gargiulo & Amendola et al. (New York).

Opinion by Cline, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.